# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SARAH G.,

_____
*Plaintiff*

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL
SECURITY,

_____
*Defendant*

)
)
)
)
)
)
)

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

# Feb 27, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-03104-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

✔  other:   Plaintiff's Motion for Summary Judgment (ECF No. 16) is DENIED.  Defendant's Motion for Summary Judgment (ECF
No. 21) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge   Mary K. Dimke _____ on Motions for Summary Judgment
(ECF Nos. 16 and 21).

Date:  February 27, 2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb _____